```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 46287
   CAROL JONES
                                               CHAPTER 13

                                               JUDGE: A BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-7373

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 12/16/2004 and was confirmed 02/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/15/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE   SECURED NOT I        .00              .00            .00
CITY OF CHICAGO WATER DE   SECURED           342.07            13.88         342.07
CITY OF CHICAGO WATER DE   NOTICE ONLY    NOT FILED              .00            .00
GENERAL MOTORS ACCEPTANC   UNSECURED       31592.58              .00       19901.25
GMAC                       NOTICE ONLY    NOT FILED              .00            .00
HOMECOMINGS FINANCIAL      CURRENT MORTG       .00              .00            .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE   4138.02              .00         4138.02
OCWEN LOAN SERVICING LLC   CURRENT MORTG       .00              .00            .00
OCWEN LOAN SERVICING LLC   SECURED NOT I       .00              .00            .00
OCWEN FEDERAL BANK         NOTICE ONLY    NOT FILED              .00            .00
ASSOCIATES                 UNSECURED      NOT FILED              .00            .00
CHICAGO FIREMANS ASSOC C   UNSECURED        3300.18              .00         2078.90
SOUTH SHORE HOSPITAL       UNSECURED      NOT FILED              .00            .00
RUSSELL AGENCY             UNSECURED         142.00              .00           82.54
SOUTH SHORE HOSPITAL       UNSECURED      NOT FILED              .00            .00
FERLEGER & ASSOC           NOTICE ONLY    NOT FILED              .00            .00
GENERAL MOTORS ACCEPTANC   UNSECURED      NOT FILED              .00            .00
LEDFORD & WU               DEBTOR ATTY     2,198.00                         2,198.00
TOM VAUGHN                 TRUSTEE                                          1,607.90
DEBTOR REFUND              REFUND                                               7.44

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE          30,370.00

PRIORITY                                    .00
SECURED                                4,480.09
    INTEREST                              13.88
UNSECURED                             22,062.69
ADMINISTRATIVE                         2,198.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 46287 CAROL JONES
```

```
TRUSTEE COMPENSATION                                       1,607.90
DEBTOR REFUND                                                  7.44
                                      ----------------   ----------------
TOTALS                                       30,370.00          30,370.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/26/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE